UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS SOTO,

                Plaintiff,

      -against-

INSTITUTE FOR THE PUERTO
RICAN/HISPANIC ELDERLY, INC.,

                Defendant.

Case No. 1:25-cv-07247 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court has been advised that the parties reached agreement on all issues in this matter during their January 16, 2026 mediation conference. *See* Dkt. 13.

Accordingly, by **February 4, 2026**, the parties shall submit a joint letter to this Court clarifying whether they intend to resolve this matter through an offer of judgment and acceptance pursuant to *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019), or through submission of a settlement agreement for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties' letter should also provide an estimate of the time needed to complete and file their submission of choice.

Dated: January 28, 2026
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge