**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Luis Soto,<br><br>                    Plaintiff,<br><br>          -v-<br><br>Institute For the Puerto Rican/Hispanic Elderly, Inc.,<br><br>                    Defendant. | **Civ. Action #: 25-CV-07247**<br>**(JLR)(VF)**<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 13, 2026; and Defendant Institute For the Puerto Rican/Hispanic Elderly, Inc., having offered to allow entry of judgment to be taken against it and in favor of Plaintiff Luis Soto in the amount of $30,000.00;

ORDERED and ADJUDGED that judgment is entered in favor of Luis Soto and against Defendant Institute For the Puerto Rican/Hispanic Elderly, Inc., in the amount of $30,000.00.

**Dated: February 19 , 2026**
    **New York, New York**

**The Clerk of Court is respectfully directed to close this case.**

_____
    **Hon. Jennifer L. Rochon**
    **United States District Judge**